IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

    Plaintiff,

v.

THE BROADMOOR HOTEL, INC.,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **March 20, 2006, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 10, 2006,** at **4:00 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

The Magistrate Judge has convened a scheduling conference under F.R.Civ.P. 16(b) for September 14, 2005. The resulting Scheduling Order should be designed so

as to be consistent with the above trial and Final Trial Preparation Conference dates.

DATED: August 17, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge