IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

     Plaintiff,

v.

THE BROADMOOR HOTEL, INC.,

     Defendant.

---

## ORDER RE MOTION TO VACATE

---

Defendant's Unopposed Motion to Vacate Trial Date (Dkt. # 12) is GRANTED IN

PART.  It is

ORDERED that the March 20, 2006 trial date in this matter is VACATED.

Counsel are DIRECTED to contact chambers (303-335-2174) no later than **September**

**28, 2005** to reschedule the trial and final trial preparation conference for dates before

March 20, 2006.

DATED:  September 21, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge