IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

    Plaintiff,

v.

THE BROADMOOR HOTEL, INC.,

    Defendant.

## ORDER REINSTATING TRIAL DATES

THIS MATTER is before the Court on Defendant Broadmoor Hotel, Inc.'s Unopposed Motion to Reinstate March 20, 2006 Trial Date (Dkt. # 14).  The Court having been fully advised in the premises, it is

ORDERED that defendant's Unopposed Motion is GRANTED. The March 20, 2006 trial date is hereby reinstated for a two-week jury trial.  It is

FURTHER ORDERED that the final trial preparation conference is hereby reinstated for **March 10, 2005 at 4:00 p.m.**

DATED: September 30, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge