IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

    Plaintiff,

v.

THE BROADMOOR HOTEL, INC.,

    Defendant.

---

**AMENDED ORDER REINSTATING TRIAL DATES**

---

THIS MATTER is before the Court on its September 30, 2005 Order Reinstating Trial Dates. An error was made regarding the final trial preparation conference date. It is, therefore, ORDERED that that sentence should be amended to read as follows:

FURTHER ORDERED that the final trial preparation conference is hereby reinstated for March 10, **200<u>6</u>** at 4:00 p.m.

DATED: October 3, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa

                                            _____
                                            Phillip S. Figa
                                            United States District Judge