IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

      Plaintiff(s),

v.

THE BROADMOOR HOTEL, INC.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 4, 2005

      This matter having come before the Court upon Defendant The Broadmoor Hotel, Inc.'s October 31, 2005 Unopposed Motion to File its First Amended Answer to Irwin Productions, Inc.'s Complaint and Counterclaim, Doc. #17 and the Court having been fully advised in the premises,

      **ORDERS** that Defendant's Unopposed Motion to File its First Amended Answer to Irwin Productions, Inc.'s Complaint and Counterclaim, Doc. # 17, is **GRANTED**.  The tendered Broadmoor Hotel, Inc.'s First Amended Answer to Complaint and Counterclaim shall be date stamped and filed this date.