IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2474-PSF-PAC

IRWIN PRODUCTIONS, INC.,

    Plaintiff,

v.

THE BROADMOOR HOTEL, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the parties' Stipulated Dismissal With Prejudice (Dkt. # 30). The Court, being fully advised in the premises, hereby

ORDERS that the above-captioned action is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

DATED: February 14, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge